UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No. 01-9013-CIV.-RYSKAMP
Magistrate Judge Vitunac



Luz-Carranza, et. al.,
individually and on behalf of
all others similarly situated,

    Plaintiffs,

vs.

Mecca Farms, Inc., et. al.,

    Defendants.
_____/

### PLAINTIFFS WITNESS LIST FOR EVIDENTIARY HEARING IN EMPLOYER STATUS PHASE

Plaintiffs by and through their undersigned attorney, and pursuant to the Court's March 13 Scheduling Order and April 17, 2002 Amended Scheduling Order, hereby submit their list of potential witnesses to testify in the "employer status" evidentiary hearing commencing the two-week trial period of February 10, 2003. The witnesses are:

1.    Thomas Mecca
      Mecca Farms, Inc.
      7965 Lantana Road
      Lantana, Fl 33467

2.    Lori Schwab
      Mecca Farms, Inc.
      7965 Lantana Road
      Lantana, Fl 33467

3.    Gary Smigiel
      Mecca Farms, Inc.



       7965 Lantana Road
       Lantana, Fl 33467

4.   Mark Shaw
       Mecca Farms, Inc.
       7965 Lantana Road
       Lantana, Fl 33467

5.   Michael Macari
       Mecca Farms, Inc.
       7965 Lantana Road
       Lantana, Fl 33467

6.   Eila Granfors
       Mecca Farms, Inc.
       7965 Lantana Road
       Lantana, Fl 33467

7.   Mark Mecca
       Mecca Farms, Inc.
       7965 Lantana Road
       Lantana, Fl 33467

8.   Maria Sanchez
       c/o M. Sanchez & Son, Inc.
       7570 S. Federal Highway, Suite 7
       Lantana, FL 33462

9.   Rogerio Rodriguez
       c/o M. Sanchez & Son, Inc.
       7570 S. Federal Highway, Suite 7
       Lantana, FL 33462

10.   Gustavo Castillo
       c/o M. Sanchez & Son, Inc.
       7570 S. Federal Highway, Suite 7
       Lantana, FL 33462

11.   Jorge Flores
       c/o M. Sanchez & Son, Inc.
       7570 S. Federal Highway, Suite 7
       Lantana, FL 33462

12. Ramiro Ybarra
    4619 Kirk Road
    Lake Woth, FL 33461

13. Jose Yzaguirre
    14993 North Road
    Loxahatchee, Fl 33470

14. Antonio Trejo
    Mecca Farms, Inc.
    7965 Lantana Road
    Lantana, Fl 33467

15. Isabel Ramirez
    323 Almeria Road. Apt 204
    West Palm Beach, FL 33405

16. Salvador Soto
    1627 Dorchester Place
    Wellington, FL 33414

17. Carlos Ramos
    4826 N. Springfield
    Chicago, IL 60625
    773-267-8749

18. Marcial Bartolon
    Street address unknown
    Indiantown, FL 34956

19. Bulmaro Perez
    Street address unknown
    Indiantown, FL 34956

20. Adolfo Perez
    14906 Indianmound Street
    Indiantown, FL 34956

21. Macario Hernandez
    14906 Indianmound Street
    Indiantown, FL 34956

22. Hector Godinez

3

      17101 Magnolia Street
      Indiantown, FL 34956

23. Elfego Paz
    Street address unknown
    Indiantown, FL 34956

24. Aristeo Mejia
    14045 169th Drive
    Indiantown, FL 34956

25. Elsa Gonzalez
    14045 169th Drive
    Indiantown, FL 34956

26. Martina Mejia
    14045 169th Drive
    Indiantown, FL 34956

27. Magnolia Mejia
    14045 169th Drive
    Indiantown, FL 34956

28. Amadeo Mejia
    14045 169th Drive
    Indiantown, FL 34956

29. Sofia Vicente
    14506 174th Court
    Indiantown, FL 34956

30. Jesus Sanchez
    1580 Osceola St.
    Indiantown, FL 34956

31. Alejandra Ruiz
    15274 Seminole Rd
    Indiantown, FL 34956

32. Rosa Ruiz
    15275 Seminole Rd
    Indiantown FL 34956

33. David Herrera
    Street address unknown
    Indiantown FL 34956

34. Humberto Luna
    15025 Indianmound St.
    Indiantown, FL 34956

35. Adela Saldana de la Cruz
    14551 SW Esperanza Street
    Indiantown, FL 34956

36. Francelia Hernandez
    14507 Tumaini Box #18
    Indiantown FL 34956

37. Virginia Perez Abad
    14507 Tumaini Box #18
    Indiantown, FL 34956

38. Idolina Perez Gonzalez
    11500 SW Kanner Hwy Lot 424
    Indiantown, FL 34956

39. Elvin Guillen Samayoa
    11500 SW Kanner Hwy Lot 424
    Indiantown, FL 34956

40. Eduardo Darinel Guillen Samayoa
    14128 Fox Rd
    Indiantown, FL 34956

41. Angel Guillen Samayoa
    14128 Fox Rd
    Indiantown FL 34956

42. Cresencio Contreras
    11500 SW Kanner Hwy, #306
    Indiantown FL 34956

43. Vilda Velasquez
    15145 SW Fox Street
    Indiantown FL 34956

44. Noelinda Hernandez
    15841 SW 153rd Street
    Indiantown FL 34956

45. Josefa Perez
    P.O. Box 1601
    Indiantown FL 34956

46. Italia Martin Perez
    P.O. Box 1601
    Indiantown FL 34956

47. Arturo Velazquez
    Street address unknown
    Indiantown FL 34956

48. Irma Angel
    Street address unknown
    Indiantown FL 34956

49. Delma Luz Carranza
    P.O. Box 556
    Indiantown, FL 34956

50. Oscar Torres
    P.O. Box 556
    Indiantown, FL 34956

51. Maria Ester Escobar Torres
    1750 N. Congress Ave. Lot #12A
    West Palm Beach FL 33409

52. Melvin Hernandez
    1750 N. Congress Ave. Lot #21
    West Palm Beach FL 33409

53. Oscar Hernandez
    1750 N. Congress Ave. Lot #21
    West Palm Beach FL 33409

54. Gloria Roblero Perez
    425Nottingham Road, Apt. A

       West Palm Beach, FL 33405

55.    David Matias
       Canival, Cuilco
       Huehuetenango, Guatemala

56.    Alfredo Romero
       323 Almeria Road, Apt 202
       West Palm Beach, FL 33405

57.    Alberto Carlos Berduo
       425 8th Street
       West Palm Beach FL 33401

58.    Mario Perez
       425 8th Street
       West Palm Beach, FL 33401

59.    Jose Arbey Santiago Vasquez
       431 8th Street
       West Palm Beach, FL 33401

60.    Jose Alvaro Santiago Vasquez
       431 8th Street
       West Palm Beach, FL 33401

61.    Jose Abenmar Santiago Maldonado
       431 8th Street
       West Palm Beach, FL 33401

62.    Rafael Gonzales
       Majadas, Tacana
       San Marcos, Guatemala

63.    Javier Morales
       c/o M. Sanchez & Son, Inc.
       7570 S. Federal Hwy., Ste. 7
       Lantana, FL 33462

64.    Jesus Gonzalez
       c/o M. Sanchez & Son, Inc.
       7570 S. Federal Hwy., Ste. 7
       Lantana, FL 33462

65. Isaias Gonzalez
    c/o M. Sanchez & Son, Inc.
    7570 S. Federal Hwy., Ste. 7
    Lantana, FL 33462

66. Vitalina Zacarias
    c/o M. Sanchez & Son, Inc.
    7570 S. Federal Hwy., Ste. 7
    Lantana, FL 33462

67. Enrique Cruz
    c/o M. Sanchez & Son, Inc.
    7570 S. Federal Hwy., Ste. 7
    Lantana, FL 33462

68. Octavio Velasquez
    c/o M. Sanchez & Son, Inc.
    7570 S. Federal Hwy., Ste. 7
    Lantana, FL 33462

69. Jaime Velazquez
    c/o M. Sanchez & Son, Inc.
    7570 S. Federal Hwy., Ste. 7
    Lantana, FL 33462

70. Macario Viatoro
    c/o M. Sanchez & Son, Inc.
    7570 S. Federal Hwy., Ste. 7
    Lantana, FL 33462

71. Rigoberto Velazquez
    c/o M. Sanchez & Son, Inc.
    7570 S. Federal Hwy., Ste. 7
    Lantana, FL 33462

72. Rafael Esteban
    c/o M. Sanchez & Son, Inc.
    7570 S. Federal Hwy., Ste. 7
    Lantana, FL 33462

73. Rocio Padilla
    c/o M. Sanchez & Son, Inc.

7570 S. Federal Hwy., Ste. 7
Lantana, FL 33462

74. Karina Perez
c/o M. Sanchez & Son, Inc.
7570 S. Federal Hwy., Ste. 7
Lantana, FL 33462

75. San Juana Gonzalez
c/o M. Sanchez & Son, Inc.
7570 S. Federal Hwy., Ste. 7
Lantana, FL 33462

76. Pablo Lopez
Mecca Farms, Inc.
7965 Lantana Road
Lantana, Fl 33467

77. Leoncio Lopez
Mecca Farms, Inc.
7965 Lantana Road
Lantana, Fl 33467

78. Zimey Janse
140 W. 64th Street
Hialeah, FL 33012

79 Mary Melendez
c/o M. Sanchez & Son, Inc.
7570 S. Federal Hwy., Ste. 7
Lantana, FL 33462

80. Melissa Morales
c/o M. Sanchez & Son, Inc.
7570 S. Federal Hwy., Ste. 7
Lantana, FL 33462

81. Iris De Leon
c/o M. Sanchez & Son, Inc.
7570 S. Federal Hwy., Ste. 7
Lantana, FL 33462

82. Maria Pellot
 c/o M. Sanchez & Son, Inc.
 7570 S. Federal Hwy., Ste. 7
 Lantana, FL 33462

83. Sara Garido
 c/o M. Sanchez & Son, Inc.
 7570 S. Federal Hwy., Ste. 7
 Lantana, FL 33462

84. Donnie
 c/o M. Sanchez & Son, Inc.
 7570 S. Federal Hwy., Ste. 7
 Lantana, FL 33462

85. Juan Lopez
 Mecca Farms, Inc.
 7965 Lantana Road
 Lantana, Fl 33467

86. James Rodriguez
 Mecca Farms, Inc.
 7965 Lantana Road
 Lantana, Fl 33467

87. Jose Rodriguez
 Mecca Farms, Inc.
 7965 Lantana Road
 Lantana, Fl 33467

Respectfully submitted,

Cathleen D. Caron
Florida Bar Number 0468266
Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
508 Lucerne Avenue
Lake Worth, FL 33460
Telephone: (561) 582-3921
Facsimile: (561) 582-4884

>Email: Cathleen@floridalegal.org
>Email: Greg@floridalegal.org
>
>Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was delivered via fax and first class mail to Henry S. Wulf, Esq. of Carton Fields, P.A., 222 Lakeview Ave., Ste. 1400, West Palm Beach, Fl 33401; and Don R. Boswell, Esq., Akers & Boswell, P.A., 2875 South Ocean Blvd., Suite 200, Palm Beach, FL 33480 this 16th day of September, 2002.

*Cathleen Caron*