UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-9013-CIV-RYSKAMP-VITUNAC

DELMA LUZ CARRANZA, et al.

    Plaintiffs

vs.

MECCA FARMS, INC., M. SANCHEZ & SON INC.,
MARIA T. SANCHEZ AND ROGERIO T. RODRIGUEZ,

    Defendants

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendant ROGERIO T. RODRIGUEZ and Plaintiffs DELMA LUZ CARRANZA, et al., by and through their undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate and agree to the dismissal with prejudice of all causes of action against Defendant ROGERIO T. RODRIGUEZ in the above styled case, including all claims for attorney's fees and costs.

Respectfully submitted,

_____        _____
Don R. Boswell, Esq./ FL. Bar No. 145894        Cathleen Caron, Esq./FL. Bar No. 0468266
Attorney for Defendants        Attorney for Plaintiffs
2875 S. Ocean Blvd., Suite 200        508 Lucerne Ave.
Palm Beach, FL 33480        Lake Worth, FL 33460
(561)547-6300; Fax (561)547-3955        (561)582-3921; Fax (561)582-4884

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Stipulation For Dismissal With Prejudice was deposited with the U.S. Postal Service this _13th_ day of March, 2003, for delivery to Henry S. Wulf, Esq., Carlton Fields, P.A., 222 Lakeview Ave., Suite 1400, West Palm Beach, FL 33401.

_____
Cathleen Caron, Esq.