UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 01-9013-CIV-RYSKAMP/VITUNAC

DELMA LUZ CARRANZA, *et al.*,

        Plaintiffs,

v.

MECCA FARMS, INC., *et al.*,

        Defendants.
_____/

FILED by AC D.C.
MAR 17 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Stipulation for Dismissal With Prejudice **[DE 129]** filed March 14, 2003, between Defendant Rogerio T. Rodriguez and Plaintiffs Delma Luz Carranza, *et al.* The parties stipulate and agree to the dismissal of all causes of action against Defendant Rodriguez in this case, including all claims for attorney's fees and costs. Accordingly, it is hereby

ORDERED AND ADJUDGED that this Plaintiffs' causes of action against Defendant Rodriguez shall be, and the same hereby are, **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this **17** day of March, 2003.

                                        KENNETH L. RYSKAMP
                                        UNITED STATES DISTRICT JUDGE

copies provided:
Joseph Ianno, Jr., Esq.
Henry S. Wulf, Esq.
Cathleen Caron, Esq.
Don R. Boswell, Esq.
Lillian Hirales, Esq.