UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 01-9013-CIV.-RYSKAMP
Magistrate Judge Vitunac

DELMA LUZ-CARRANZA, et. al.,
individually and on behalf of
all others similarly situated,

   Plaintiffs,

vs.

MECCA FARMS, INC., et. al.,

   Defendants.

FILED by _____ D.C.
APR - 7 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## FINAL ORDER

This case came before the Court on April 1, 2003 at a hearing to determine the lawfulness, reasonableness, adequacy and fairness of the proposed class settlement in this action.

On March 17, 2003, the Court entered an order directing that notice be given to members of the certified class in this case, said notice advising the class members of the terms of the proposed settlement, of their right to object to it and of the time and place of this hearing. (Docket Entry 132). The Court has heard and considered the presentations of counsel regarding the publication of this notice. The Court is unaware of any persons objecting to this proposed settlement. The Court has also been advised that the parties have agreed to the entry of this Order.

Based on the foregoing, the Court hereby FINDS that:

A. The terms and provisions of this Court's order of March 17, 2003 in this case have been carried out by the parties.

B. The terms of the settlement contemplated herein are found in the Stipulation of Proposed Joint Settlement Agreement and exhibits thereto previously filed with the Court, and the terms thereof are incorporated herein and made a part hereof.

C. Said settlement is lawful, fair, just, reasonable and adequate after considering among other things that the settlement was reached after good faith, arms-length negotiations by experienced and capable counsel for the class and in the absence of collusion; the amount of the settlement; the likelihood of the Plaintiffs' success in obtaining the relief prayed for; the cost, complexity and duration of litigation if pursued; the disruption of business of Defendants and other matters bearing on the best interest of the parties, including the absence of objection by any class member or potential class member to the settlement contemplated by the Stipulation.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. A settlement class consisting of all migrant and seasonal agricultural workers furnished to Mecca Farms, Inc. by M. Sanchez & Son, Inc., Maria T. Sanchez, or Rogerio T. Rodriguez from August 1997 through November 2001, inclusive, who do not timely request exclusion from this class, is permanently and finally certified under Rules 23(b)(3) and (e) of the Federal Rules of Civil Procedure, the Court finding that the requirements of that rule are met;

2. The settlement contemplated in the Stipulation of Proposed Joint Settlement

Agreement is finally approved and the parties are directed to continue to perform in compliance with the terms, and subject to all conditions thereof;

3. The Defendants, their past and present officers, shareholders, directors, agents, attorneys, subsidiaries, parent corporations, related entities and affiliates, if any, and their respective successors, heirs and assigns, whomever, are released from all damage and other claims of the Plaintiffs, and all members of the class, their heirs, representatives, agents, attorneys, successors, or assigns, or anyone claiming on their behalf, which have been raised or asserted in this action; and,

4. This action is hereby dismissed with prejudice, except to reserve jurisdiction to enforce the terms of the settlement.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this ___7___ day of ___April___ 2003.

KENNETH L. RYSKAMP
United States District Judge

copies furnished to:
counsel of record

Cathleen Caron, Esq.
Lillian Hirales, Esq.
Gregory S. Schell, Esq.
Attorneys for Plaintiff
Migrant Farmworker Justice Project
508 Lucerne Avenue

Lake Worth, FL 33460
Fax No: 561-582-4884


Joseph Ianno, Jr.
Henry S. Wulf, Esq.
Carlton Fields, P.a.
222 Lakeview Avenue, Suite 1400
West Palm Beach, FL 33401-6149
Facsimile: (561) 659-7368


Don R. Boswell
Akers & Boswell, P.A.
2875 South Ocean Boulevard, Suite 200
Palm Beach, FL 33480
Facsimile: 561-547-3955